J. ROBERT THOMAS, Appellant, v. CLEMENT M. BIDDLE and LOUIS ROGELL, Respondents.— Motion to resettle order granted and order resettled by adding thereto the words " and upon condition that within ten days from the entry of

this resettled order plaintiff give a corporate surety undertaking in the sum of $2,500 to pay to the parties enjoined all damages and costs which they may sustain or suffer by reason of the aforesaid injunction; otherwise, the order appealed from is affirmed." Present — Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ.